IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 07-0457
 ((((((((((((((((

 Linda Thomas, Individually And As Personal Representative Of The Estate Of
 Damon Hollimon, Deceased And Ashley Dominque Hollimon, Individually,
 Petitioners

 v.

 Institutional Division of The Texas Department of Criminal Justice and
 Glenda Pierson, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The agreed joint motion to abate, filed on February 28, 2008,
is granted, and this case is ABATED to allow the parties to proceed with
settlement negotiations.
 2. This case is removed from the Court's active docket until May
5, 2008, by which time the parties must file either a status report or a
motion to dismiss. The parties shall immediately notify this Court about
any changes in status in the settlement proceedings.

 Done at the City of Austin, this 5th day of March, 2008.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk